# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XIAOMIN LIU, <br><br> Plaintiff. <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA; C.H. ROBINSON WORLDWIDE, INC. WELFARE BENEFITS PLAN, <br><br> Defendant. | Case No. CV 21-3952-GW-AGRx <br><br> **ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATE: September 28, 2021

*George H. Wu*
_____
HON. GEORGE H. WU
United States District Judge